IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

ROBERT N. WALKER )
and RANOTTA K. McNAIR, )
)
Plaintiffs, ) TC-MD 140389N
)
v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendant. ) **FINAL DECISION**

This Final Decision incorporates without change the court's Decision entered

November 28, 2014. The court did not receive a request for an award of costs and disbursements

within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Defendant's Answer filed November 14, 2014.

Plaintiffs filed their Complaint on October 22, 2014, appealing Defendant's Notice of Deficiency

Assessment, dated October 1, 2014, for tax year 2013. (Ptfs' Compl at 1.) Plaintiffs requested

relief of $1,956.05, "which represents the tax overcharge plus the necessity of this appeal." (*Id*.)

In its Answer, Defendant agreed to accept Plaintiffs' return as filed but asked the court to deny

Plaintiffs' request for reimbursement of the filing fee. (Def's Answer at 2.) As of the date of

this Decision, Plaintiffs have not submitted a written response to Defendant's Answer.

Tax Court Rule-Magistrate Division (TCR-MD) 19 C(1) states, "A party seeking costs

and disbursements shall, not later than 14 days after the entry of a magistrate's decision, file with

the court and provide a copy to the other parties a signed and detailed statement of costs and

disbursements." Under TCR-MD 19 C(1), a request for costs and disbursements, including a request

for the filing fee, must occur after the entry of the court's decision. Plaintiffs' request for costs and

/ / /

disbursements is denied at this time because their request is premature and was not filed in accordance with TCR-MD 19.

Under such circumstances, and because the parties are in agreement, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant shall accept Plaintiffs' tax return as filed for tax year 2013 and cancel its Notice of Deficiency Assessment dated October 1, 2014.

IT IS FURTHER DECIDED that Plaintiffs' request for costs and disbursements is denied at this time because their request is premature and was not filed in accordance with TCR-MD 19.

Dated this ____ day of December 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on December 15, 2014. The court filed and entered this document on December 15, 2014.*